**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:26-cr-117** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **William Carl Samuel Camper,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation that the Court accept Defendant William Carl Samuel Camper's guilty plea. (ECF No. 22). No objections have been made to the Report and Recommendation, and the deadline for objections elapsed on August 27, 2026. (*Id.* at 3). After reviewing the Report and Recommendation, the Court **ACCEPTS** the Defendant's guilty plea to Counts 1 and 2 of the Information, Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8); Possession with Intent to Distribute Cocaine, Fentanyl, Heroin, and Methamphetamine, in violation of U. S.C. §§ 841(a)(l) and 841(b)(l)(C). He is hereby **ADJUDGED GUILTY** on these Counts.**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 4, 2026**